## LEVY v. DANGEL.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF IDAHO.

No. 72.   Submitted November 4, 1881. — Decided November 14, 1881.

*Railway Co.* v. *Heck,* 102 U. S. 120, followed.

Mr. CHIEF JUSTICE WAITE delivered the opinion of the court.

The judgment in this case is affirmed. The demurrer to the complaint was properly overruled, and we cannot consider the questions presented on the motion for a new trial. *Railway Co.* v. *Heck,* 102 U. S. 120.

*Mr. Fillmore Beall* for plaintiff in error.

*Mr. George Ainslie* for defendant in error.